## LYMAN GREGORY vs. JOHN TRAVIS.

MARIA L. GREGORY, by her next friend LYMAN GREGORY vs. JOHN TRAVIS.

On motions for judgment as in case of non-suit in two causes between the same parties, and being alike in all respects; defendant is entitled to costs of each motion on a tender of stipulation to try.

*Motion by defendant for judgment as in case of non-suit, in each cause, with costs.*—The motions in these causes were made upon affidavits, showing that the issues were joined in September last, and that the plaintiff did not notice the same for trial at the last January circuit, in the county where the venue in each is laid. The plaintiff shows that he did not bring the same to trial, for the reason that an important witness was absent, without whose testimony he could not safely proceed to trial; that when he received the papers for the motions in these causes, he served on defendant's attorney a stipulation to try at the next circuit, and offered to pay the actual costs made, up to the time of tendering the stipulation. Defendant's attorney required ten dollars costs in each cause for preparing to make the motions, which plaintiff's attorney refused to pay. It was insisted by plaintiff's counsel that both causes were really between the same parties, and alike in all respects; and that plaintiff ought to pay the costs of only one motion.

BEARDSLEY, Justice.—Held that defendant was entitled to costs of motion in each case.

*Decision.*—Motion granted unless plaintiff stipulate and pay costs, and the costs of the motion in each suit.